# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**NORA VEASEY**                                                                                          **PLAINTIFF**

**V.**                                       **4:13CV00679 JM**

**ALLSTATE INSURANCE COMPANY**                                             **DEFENDANT**

### ORDER OF DISMISSAL

The Court has been advised that all terms of the Agreed Order disbursing settlement proceeds have been satisfied. Accordingly, the complaint is dismissed with prejudice with each party bearing her or its own costs and expenses. The Clerk is directed to close the case.

IT IS SO ORDERED this 14th day of August, 2014.

_____
James M. Moody Jr.
United States District Judge